UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Joseph Curr

Debtor.

Case No. 18-30660
Chapter 13

Change of Address Form

*This form may be used by a Debtor or a party in interest to update their address pursuant to Local Bankruptcy Rules 4002-1(a) and 4002-2. A Debtor who wishes to update a creditor's address may also use this form. Upon completion, this form must be filed with the Court.*

Name/Title: FreedomRoad Financial c/o Capital Recovery Group
(Example: Joe Smith/Debtor)

Old Address: BIN 920016; PO Box 29426 Phoenix, AZ 85038-9426

*New Address: FreedomRoad Financial c/o Wayfinder BK, LLC

BIN 51571; PO Box 51571 Los Angeles, CA 90051-5871

*change applies to payment address only
Pro Se Debtors/Creditors provide your telephone number: 855-411-7070

I hereby certify under penalty of perjury that the above information is true.

Dated: 10/25/2019      Signature: /s/ Nichlas P. Spallas

Print Name: Nichlas P. Spallas

OLR: 4002 (01-12-2017)