# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re:  JOSEPH L CURR                                                                       Case No.:  18-30660

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  05/10/2018.
2) The plan was confirmed on  10/11/2019.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  12/04/2023.
6) Number of months from filing or conversion to last payment:  67.
7) Number of months case was pending:  69.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  79,170.00.
10) Amount of unsecured claims discharged without full payment:  183,745.99.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $197,110.00 | |
| Less amount refunded to debtor: | $119.27 | |
| **NET RECEIPTS:** | | $196,990.73 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,000.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $19,055.17 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $22,055.17 |
| Attorney fees paid and disclosed by debtor: | $5,000.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 360 EQUIPMENT FINANCE LLC | Unsecured | 50,114.11 | 50,114.11 | 50,114.11 | 6,146.19 | .00 |
| AIS PORTFOLIO SERVICES LP | Unsecured | NA | NA | NA | .00 | .00 |
| ALLY BANK | Secured | 36,380.50 | 36,380.50 | 36,380.50 | 36,380.50 | 6,100.39 |
| ALLY FINANCIAL | Secured | 18,000.00 | 12,025.20 | 177.70 | 177.70 | 32.55 |
| BERKOVICH & BOUSKILA | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,000.00 | 1,212.05 | 1,212.05 | 148.65 | .00 |
| COMMISSIONER OF TAXATION & FINAN | Priority | NA | 521.00 | 521.00 | 521.00 | .00 |
| DEPARTMENT OF TREASURY | Priority | NA | 827.56 | 708.14 | 708.14 | .00 |
| DEPARTMENT OF TREASURY | Unsecured | NA | 119.42 | 119.42 | 14.65 | .00 |
| DISCOVER | Unsecured | NA | 1,208.27 | 1,208.27 | 148.19 | .00 |
| DISCOVER | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 700.00 | 526.93 | 236.79 | 29.03 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re: JOSEPH L CURR                                                                                                   Case No.: 18-30660

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 352.32 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 700.00 | 728.43 | 327.41 | 40.14 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 100.00 | 224.13 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 600.00 | 298.88 | 134.34 | 16.47 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 298.88 | .00 | .00 | .00 |
| FINANCIAL PACIFIC LEASING INC | Secured | 25,000.00 | 26,300.53 | 12,000.00 | 12,000.00 | 44.79 |
| FINANCIAL PACIFIC LEASING INC | Secured | 25,340.00 | 27,119.50 | 27,119.50 | .00 | .00 |
| FINANCIAL PACIFIC LEASING INC | Unsecured | NA | 14,300.53 | 14,300.53 | 1,753.87 | .00 |
| FREEDOM FINANCIAL | Unsecured | 6,500.00 | NA | NA | .00 | .00 |
| FREEDOMROAD FINANCIAL | Secured | 5,506.96 | 5,506.96 | 1,500.00 | 1,500.00 | 157.00 |
| FREEDOMROAD FINANCIAL | Unsecured | NA | 4,006.96 | 4,006.96 | 491.43 | .00 |
| GREEN BOX CAPITAL | Unsecured | 29,000.00 | NA | NA | .00 | .00 |
| HARRIS BEACH PLLC | Secured | NA | NA | NA | .00 | .00 |
| JAREDS CREDIT CARD | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 884.13 | 884.13 | 108.43 | .00 |
| LVNV FUNDING LLC | Unsecured | 600.00 | 926.91 | 926.91 | 113.68 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 5,359.10 | 5,359.10 | 657.26 | .00 |
| MERCHANTS CAPITAL GROUP | Unsecured | 36,286.76 | NA | NA | .00 | .00 |
| MILTON CAT | Unsecured | 10,000.00 | NA | NA | .00 | .00 |
| NEWREZ LLC D/B/A SHELLPOINT MTG S | Secured | 70,100.00 | 70,295.74 | 668.62 | 668.62 | .00 |
| ONONDAGA CTY CHIEF FISCAL OFFICE | Secured | 14,807.69 | 21,779.85 | 21,779.85 | 21,779.85 | 11,277.24 |
| ONONDAGA CTY CHIEF FISCAL OFFICE | Secured | NA | 5,346.00 | 5,346.00 | 5,346.00 | .00 |
| QUALITY LEASE | Unsecured | 2,000.00 | NA | NA | .00 | .00 |
| RASMUSSEN GRAVEL PRODUCTS LLC | Unsecured | 13,000.00 | 11,824.00 | 11,824.00 | 1,450.14 | .00 |
| ROBERT P ROTHMAN ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| SOLVAY BANK | Secured | 22,702.55 | 22,702.55 | 22,702.55 | 22,702.55 | 4,538.18 |
| SOUTHWORTH-MILTON INC | Unsecured | 17,000.00 | 16,927.56 | 16,927.56 | 2,076.15 | .00 |
| SUNNYCREST | Unsecured | 2,595.62 | NA | NA | .00 | .00 |
| TH KINSELLA INC | Secured | 29,291.78 | 29,291.78 | 29,291.78 | 29,291.78 | 7,572.89 |
| WELLS FARGO BANK NA | Secured | 2,700.00 | 2,918.41 | 665.84 | 665.84 | .00 |
| WELLS FARGO BANK NA | Unsecured | NA | 2,252.57 | 2,252.57 | 276.26 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re:  JOSEPH L CURR                                           Case No.:  18-30660

   Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOODHILL CAPITAL CORP | Secured | 38,617.00 | 38,617.00 | 38,617.00 | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 29,291.78 | 29,291.78 | 7,572.89 |
| Mortgage Arrearage: | 668.62 | 668.62 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 166,288.94 | 100,552.44 | 22,150.15 |
| **TOTAL SECURED:** | 196,249.34 | 130,512.84 | 29,723.04 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 1,229.14 | 1,229.14 | .00 |
| **TOTAL PRIORITY:** | 1,229.14 | 1,229.14 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 109,834.15 | 13,470.54 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $22,055.17 |
| Disbursements to Creditors: | $174,935.56 |
| **TOTAL DISBURSEMENTS:** | $196,990.73 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: __03/19/2024__                    By: __/s/Mark W. Swimelar__
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.