## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Joseph L Curr , <br><br>    Debtor(s) <br><br><br> Employer's Tax Identification No(s). *[if any]*: , <br> Last four digits of Social Security No(s).: xxx–xx–0738, | ) <br> ) <br> ) <br> ) <br> ) Case No. 18–30660–6–pgr <br> ) <br> ) <br> ) <br> ) Chapter 13 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF COMPLETED PLAN AND REQUEST FOR
## A CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS AND
## SECTION 522(q) AND 1328

The Chapter 13 Trustee's Final Report and Account has been filed with the court.

PLEASE TAKE NOTICE that you have **30 days**, from the date of this notice, to file with the court the **"Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Sections 522(q) and 1328"** and **form B423, "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management."**. The forms are available on the court's website: www.nynb.uscourts.gov under "forms."

PLEASE TAKE FURTHER NOTICE that if the certification AND form B423, a motion to extend time to file, or a motion to waive the requirement, is not filed within **30 days** of this notice, the Clerk may close your Chapter 13 case without discharge and notify creditors of same. If such occurs, you will be required to file a motion to reopen your case and pay the appropriate reopening fee to obtain your discharge.

At Utica, New York
Date: 3/25/24

*(signature)*

Cynthia A. Platt
Clerk of Court

O:§1328B(03/21/2017)